UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 2:20-cr-84-SPC-NPM

JONATHAN ANTHONY REID

---

## ORDER[1]

Before the Court, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States of America's Motion for a Preliminary Order of Forfeiture for a **Glock firearm, serial number: BFXW458,** and **nine rounds of Tulammo ammunition**. (Doc. 59).

The Court hereby finds that, based on the facts at trial, and the jury's finding of guilt on Count One, the assets identified above were involved, or used, in the offense of the Defendant being a felon in possession of a firearm and ammunition. (Doc. 55).

Accordingly, it is hereby

**ORDERED**, that for good cause shown:

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. The United States' Motion for Preliminary Order of Forfeiture (Doc. 59) is **GRANTED**.

2. Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

3. This order shall become a final order of forfeiture as to the Defendant at sentencing.

4. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

**DONE AND ORDERED** in Fort Myers, Florida on May 12, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record