UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-84-SPC-NPM

JONATHAN ANTHONY REID

### ORDER[1]

Before the Court is Defendant Jonathan Reid's Objections to the Presentence Investigation Report. (Doc. 70). Procedural problems with the Objections are glaring and noteworthy.

The filing is one day late. It was due on July 23. But Defendant missed that cutoff by eighteen minutes. The Objections' content is also problematic. The parties were only supposed to identify previous objections to the presentence investigation report for the Court to resolve at sentencing. (Doc. 68). But Defendant has raised objections for the first time. He should have done so last month. (Doc. 66). The Objections also do not come close to satisfying the Court's typography requirements. *See* Local Rule 1.08 (requiring a paper's main text to be in one of five fonts, double-spaced, and size 13-point).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The Court makes rules and issues orders to ensure the fair administration of justice for *all* parties.  Defendant misses this point.  So the Court could strike his non-compliant objections.  But it won't.  And here's why.

Defendant faces a hefty sentence: 360 months to life in prison.  The Court wants to fashion a fair sentence on the merits—not on technicalities.  To best do so, the Court accepts the late Objections and refers them to the United States Probation Office for further investigation and response.  To facilitate this process, the Court will also continue the sentencing.

But the Court warns Defendant—and his counsel—not to expect further leniency for non-compliant behavior. Going forward, the Court wants Defendant's full compliance with its orders and full cooperation with the United States Probation Office.

Accordingly, it is now

**ORDERED:**

(1) Defendant Jonathan Reid's Objections to the Presentence Investigation Report (Doc. 70) are **REFERRED** to the United States Probation Office for further investigation and response.

(2) An amended final presentence investigation report with any changes (if necessary) and a revised addendum is due on or before **September 7, 2021.**

(3) On or before **September 10, 2021**, counsel for each party must file a notice stating which of the previous objections to the presentence investigation report, if any, remain for the Court to resolve.

(4) The sentencing hearing is rescheduled to **September 17, 2021, at 9:30 a.m.** The Clerk is **DIRECTED** to issue a notice of hearing under separate cover.

**DONE AND ORDERED** in Fort Myers, Florida on July 26, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

3