UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 2:20-cr-84-SPC-NPM

JONATHAN ANTHONY REID

## FINAL ORDER OF FORFEITURE

Before the court is the United States' Motion for a Final Order of Forfeiture. (Doc. 130). The Government seeks to have forfeited the Glock firearm, serial number: **BFXW458, and nine rounds of Tulammo ammunition**, (hereinafter "Assets"), which were subject to a May 12, 2021 Preliminary Order of Forfeiture (Doc. 60).

Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus finds all right, title and interest in the Assets shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 130) is **GRANTED.**

1. Defendant's interest in the Assets is **CONDEMNED** and

**FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rules of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida, on December 9, 2025.

*Sheri Polster Chappell*
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record